IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN DEMETRIOUS CLARK,                    No. CIV S-11-3334-CMK-P

    Petitioner,

  vs.                                                            ORDER

WILLIAM KNIPP,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are petitioner's motions for a court order to direct the Attorney General to provide petitioner with copies of documents (Docs. 12, 18).

        Reviewing these requests, it appears that petitioner is requesting copies of documents the respondent has not actually lodged with the court. In response to the petition, the respondent filed a motion to dismiss based on the expiration of the statute of limitations, and lodged state court documents. The motion does not address petitioner's claim of newly discovered evidence. It is this allegedly newly discovered evidence which appears to be at issue in petitioner's motions. In essence, petitioner's motion could be construed as a motion for

1  discovery.  So construed, the court will require a response from respondent.
2  　　　Accordingly, IT IS HEREBY ORDERED that respondent shall file a response to
3  petitioner's motions for documents within 14 days of the date of this order.

DATED:  April 11, 2012

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE