1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SEAN D. CLARK,

11          Petitioner,                    No. 2:11-cv-3334 MCE AC P

12   vs.

13   WILLIAM KNIPP,

14          Respondent.            FINDINGS & RECOMMENDATIONS

15   _____/

16          Petitioner is a state prisoner who proceeds pro se and in forma pauperis on his

17   petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  On May 7, 2013, the

18   undersigned issued an order and findings and recommendations which, among other things,

19   denied petitioner's pending motions for discovery.  See ECF No. 36.  After petitioner filed

20   objections, the district court adopted the findings and recommendations, and entered judgment,

21   on June 11, 2013.  See ECF Nos. 38, 39, 40.

22          Petitioner has now filed a motion for relief under Federal Rule of Civil Procedure

23   60(b)(1), asking that the court either grant or deny his motions for discovery.  See ECF No. 41.

24   Petitioner has also filed a notice of appeal.  See ECF No. 42.

25          Generally, once a petitioner files a notice of appeal of this court's judgment,

26   jurisdiction over the action vests in the Court of Appeals.  See Pope v. Savings Bank of Puget

1

1   <u>Sound</u>, 850 F.2d 1345, 1346 (9th Cir. 1988) ("Filing of the....notice of appeal divested the

2   district court of further jurisdiction over the case.")  However, because the motion is timely filed,

3   this court may entertain petitioner's pending 60(b)(1) motion, and deny it.  <u>See</u> Fed. R. Civ.

4   Proc. 62.1(a)(2).

5           The undersigned recommends that the court entertain petitioner's motion, and

6   deny it.  The motions which petitioner asks the court to address were denied by the undersigned

7   on May 7, 2013.  This interlocutory order merges with the final judgment and may be challenged

8   in an appeal of the final judgment.  <u>Baldwin v. Redwood City</u>, 540 F.2d 1360, 1364 (9th Cir.

9   1976).  Petitioner's request is entirely without merit.

10          Accordingly, IT IS HEREBY RECOMMENDED that petitioner's "Motion for

11  Rule 60(b)(1)" (ECF No. 41), filed June 19, 2013, be denied, pursuant to Federal Rule of Civil

12  Procedure 62.1.

13          These findings and recommendations are submitted to the United States District

14  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

15  eight (28) days after being served with these findings and recommendations, any party may file

16  written objections with the court and serve a copy on all parties.  Such a document should be

17  captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the

18  objections shall be served and filed within twenty-eight (28) days after service of the objections.

19  The parties are advised that failure to file objections within the specified time may waive the

20  right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

21  DATED: June 24, 2013

22

23                                   _____
                                     ALLISON CLAIRE
24                                   UNITED STATES MAGISTRATE JUDGE

25  AC:rb/clar3334.60b

26

2