UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DEMETRIOUS CLARK, | No. 2:11-cv-3334 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM KNIPP, | |
| Respondent. | |

Petitioner's application for a writ of habeas corpus was denied and judgment was entered on June 11, 2013. Petitioner filed a timely notice of appeal and his appeal processed to the United States Court of Appeals for the Ninth Circuit. On June 19, 2013, petitioner filed a motion for relief under Federal Rule of Civil Procedure 60(b)(1). ECF No. 41.

On June 24, 2013, the magistrate judge filed findings and recommendations recommending that petitioner's motion at ECF No. 41 be entertained and denied. The magistrate's findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty eight days. Neither party has filed objections to the findings and recommendations. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

On July 5, 2013, petitioner filed another motion for relief from the judgment, this time citing both Fed. R. 60(b)(1) and 60(b)(3). ECF No. 47. This motion is likewise without merit. Accordingly, the court will entertain and deny this motion notwithstanding the fact that petitioner's appeal is pending. See Fed. R. Civ. P. 62.1(a)(2).

On July 17, 2013, petitioner filed a motion to proceed in forma pauperis. Petitioner was previously granted in forma pauperis status in this action on January 18, 2012. ECF No. 6. This court has not certified that petitioner's appeal is not taken in good faith or otherwise found that he is not entitled to proceed in forma pauperis; accordingly, petitioner may proceed on appeal in forma pauperis without further authorization from this court. See Fed. R. App. P. 24(a)(3).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2013 (ECF No. 45) are adopted in full;

2. Petitioner's June 19, 2013 motion for relief under Fed. R. Civ. P. 60 (B)(1) (ECF No. 41) is denied;

3. Petitioner's July 5, 2013 motion for relief from judgment (ECF No. 47) is denied; and

4. Petitioner's motion to proceed in forma pauperis (ECF No. 49) is denied as moot.

Date: August 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT